JAMES M CABAN　　　　　　　　　CASE# 04-43200CB
Debtor　　　　　　　　　　　　　　Chapter 13

## Application for Voluntary Dismissal of Bankruptcy

To Hon Judge Blaschean

Please Disregard my application for Bankruptcy I now wish to withdraw my petition and settle my Debts to those that I owe. Sorry for the inconvenience I have caused


RECEIVED DEC - 3 2004 USBC - SDNY CB

12/3/04　　　　　　　　　　　　　　Sincerly
　　　　　　　　　　　　　　　　　　JM C