# United States Bankruptcy Court

FOR THE
SOUTHERN DISTRICT OF NEW YORK

IN RE:JAMES MARTIN CABAN                           CASE No.00-04-43200
     1978 MCGRAW ROAD
     BRONX, NY  10462

# FINAL REPORT AND ACCOUNT
### DATED: 12-04-04
### CLOSED/DISM NOT CONFIRM

  Pursuant to Chapter 13 Rules 2015(c)(2) and 2015(a)(2), your trustee has maintained a detailed record of all receipts, including
the source or other identification of each receipt and of all disbursements.  Copies of these detailed records
have been filed with the Court, or are attached hereto, and as provided by Chapter 13 Rules 2015(c)(2) and 2015(a)(2) are
incorporated by reference in this report.

  RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $0.00
                                                                              0.00 PERCENT PLAN

| CLAIM NUMBER | CREDITOR'S NAME | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

| | | |
|---|---|---|
| INTEREST | | 0.00 |
| TOTAL DISBURSEMENTS | | 0.00 |

ATTORNEY        :
DATE FILED      : 10-25-04
DATE CONFIRMED  :
DATE TERMINATED : 12-04-04

REFUND TO DEBTOR: 0.00

/S/ Jeffrey L. Sapir
          TRUSTEE

Pursuant to F.R.C.P. 5009, I hereby certify that the estate of the above named Debtor has been fully administered.

Dated:  December 4th, 2004
         White Plains, New York

                                       */s/ Jeffrey L. Sapir*
                                         JEFFREY L. SAPIR

STATE OF NEW YORK       }
COUNTY OF WESTCHESTER  } ss:

       MICHELLE L. DEERTZ, being duly sworn, deposes and says:

       That I am not a party to the action and am over 18 years of age and reside in Hawthorne, New York.

       On December 4th, 2004, I served a true copy of the annexed Chapter 13 Trustee's Final Report and Account by mailing same in a sealed envelope with postage prepaid thereon in an official depository of the United States Postal Service within the State of New York to: Office of the U.S. Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004.

                                         */s/ Michelle L. Deertz*
                                         MICHELLE L. DEERTZ

Sworn to before me the
4th, day of December, 2004
   */s/ Jeffrey L. Sapir*       .
      *JEFFREY L. SAPIR*
*NOTARY PUBLIC State of New York*
       *No. 60-8764500*
   Qualified in Rockland County
  Cert. Filed in Westchester County
   Term Expires: 12-31-2006